ROBERT BORIS BEACHBOARD *v.* THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

The plaintiff's petition for certification for appeal from the Appellate Court, 6 Conn. App. 43, is denied.

*Robert Boris Beachboard,* pro se, in support of the petition.

*Paul F. Thomas,* in opposition.

Decided February 21, 1986

LEONARD BERLINGO *v.* STERLING OCEAN HOUSE, INC.

The defendant's petition for certification for appeal from the Appellate Court, 5 Conn. App. 302, is granted.

*William H. Narwold,* in support of the petition.

*D. Seeley Hubbard,* in opposition.

Decided February 28, 1986

WALTER DECKO ET AL. *v.* JACK WOOD ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 6 Conn. App. 95, is denied.

*Joseph B. Burns,* in support of the petition.

Decided February 28, 1986